UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS KENT, | No. 2:19-cv-01277-MCE-AC (PS) |
| Plaintiff, | |
| v. | ORDER & NOTICE OF HEARING |
| CENTURY MANOR TRUST LTD, et al., | |
| Defendants. | |

Plaintiff and certain defendants are proceeding in this action pro se. This matter was accordingly referred to the undersigned for pre-trial proceedings pursuant to Local Civil Rule 302(c)(21). On July 10, 2019, plaintiff filed a fee-paid complaint against 36 defendants, mostly financial institutions and their trustees or officers, asserting six civil claims under various federal criminal statutes. ECF No. 1. At least eight of the defendants have been served. ECF Nos. 10-14. The Bank of New York Mellon ("BNYM") has filed a motion to dismiss, currently set for hearing before the undersigned on October 9, 2019. ECF Nos. 6, 9.

On August 15, 2019, defendant Guy Carlson filed a pro se motion to dismiss, purportedly on behalf of himself and on behalf of his corporation, Global Vision Venture Capital LLC, which is also named as a defendant in this action. ECF No. 15. Carlson's motion does not comply with Local Rule 230, as it was not accompanied by a notice of motion setting a hearing date on the court's motion calendar. See E.D. Cal. R. 230(b). However, based on the substance of the

motion, the court finds it appropriate to *sua sponte* notice the motion for hearing on October 9, 2019, along with BNYM's motion to dismiss.

The court construes Carlson's motion to dismiss as brought only on Carlson's own behalf, not on behalf of the corporation of which he is president. Defendant Global Vision is a corporation and must appear in court through an attorney. <u>D-Beam Ltd. P'ship v. Roller Derby Skates, Inc.</u>, 366 F.3d 972, 973-74 (9th Cir. 2004) ("It is a longstanding rule that corporations and other unincorporated associations must appear in court through an attorney.") (internal quotation marks and alterations omitted). As a non-lawyer, Carlson cannot bring his motion to dismiss—or otherwise appear in this action—on behalf of Global Vision. The corporation must retain counsel in order to defend itself.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Defendant Guy Carlson's motion to dismiss (ECF No. 15) is set for hearing at 10:00 a.m. on October 9, 2019, before the Honorable Allison Claire in Courtroom 26, 8th Floor of the above-captioned Court located at 501 I Street, Sacramento, CA 95814. The motion will be heard in conjunction with defendant The Bank of New York Mellon's motion to dismiss (ECF Nos. 6, 9); and
2. The Clerk of Court is directed to modify the docket notes accompanying the motion to dismiss (ECF No. 15) to reflect that it was brought only by defendant Carlson.

DATED: August 22, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE