UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS KENT,<br><br>    Plaintiff,<br><br>    v.<br><br>CENTURY MANOR TRUST LTD, et al.,<br><br>    Defendants. | No. 2:19-cv-01277-MCE-AC PS<br><br><br><br>ORDER |

Plaintiff and certain defendants are proceeding in this action pro se. This matter was accordingly referred to the undersigned for pre-trial proceedings pursuant to Local Civil Rule 302(c)(21). A recommendation for dismissal of this entire action with prejudice is pending before the District Judge. ECF No. 45. The court is in receipt of defendant Barclays Bank PLC's motion to dismiss, set for hearing on January 15, 2020. ECF No. 51. In light of the pending findings and recommendations, the hearing on this motion is STAYED and the hearing date of January 15, 2020 is VACATED to be reset as necessary.

DATED: November 21, 2019

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE