Matthew G. Ball (SBN 2088811)
matthew.ball@klgates.com
Jason N. Haycock (SBN 278983)
jason.haycock@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Attorneys for Defendant
National Australia Bank

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| THOMAS KENT,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CENTURY MANOR TRUST TEXAS LIMITED; *et al.*,<br><br>　　　　　　Defendants. | Case No.: 2:19-CV-01277-MCE-AC<br><br>**STIPULATED REQUEST TO EXTEND TIME FOR DEFENDANT NATIONAL AUSTRALIA BANK TO RESPOND TO PLAINTIFF'S COMPLAINT** |

1 | Pursuant to Local Civil Rule 144(a), and subject to the Court's approval, Plaintiff Mr. Thomas Kent ("Plaintiff") and Defendant National Australia Bank ("NAB") hereby stipulate and request as follows:

**WHEREAS**, the initial date for NAB to respond to Plaintiff's complaint was November 6, 2019;

**WHEREAS**, on October 30, 2019, Magistrate Judge Claire issued a Report and Recommendation, recommending that the matter be dismissed as to all Defendants, Dkt. No. 45;

**WHEREAS**, the Report and Recommendation did not expressly stay all other matters pending Judge England's ruling on the Report and Recommendation, *id.*;

**WHEREAS**, on November 5, 2019, NAB requested and Plaintiff agreed to, an automatic 28-day extension of time to respond to Plaintiff's complaint pursuant to Local Rule 144(a), making NAB's response due December 4, 2019, Dkt. No. 49;

**WHEREAS**, in light of the District Judge's forthcoming ruling on Magistrate Judge Claire's Report and Recommendation, which may resolve the case, NAB and Plaintiff agree to an additional 37 day extension of time for NAB to respond to Plaintiff's complaint;

**NOW THEREFORE**, subject to the Court's approval, NAB and Plaintiff hereby stipulate and agree that the time within which NAB shall have to respond to Plaintiff's complaint shall be extended by 37 days to January 10, 2020.

**IT IS SO STIPULATED**.

DATED: December 2, 2019		K&L GATES LLP

			By: /s/ Jason N. Haycock
				JASON N. HAYCOCK

			Attorneys for Defendant
			NATIONAL AUSTRALIA BANK

DATED: December 2, 2019

			By:
				THOMAS KENT

			Plaintiff *pro se*

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that:

National Australia Bank's response to Plaintiff's Complaint is due on January 10, 2020.

Dated: December 2, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE