Matthew G. Ball (SBN 2088811)
matthew.ball@klgates.com
Jason N. Haycock (SBN 278983)
jason.haycock@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Attorneys for Defendant
National Australia Bank

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| THOMAS KENT,<br><br>               Plaintiff,<br><br>vs.<br><br>CENTURY MANOR TRUST TEXAS LIMITED; *et al.*,<br><br>               Defendants. | Case No.: 2:19-CV-01277-MCE-AC<br><br>**STIPULATED REQUEST TO EXTEND TIME FOR DEFENDANT NATIONAL AUSTRALIA BANK TO RESPOND TO PLAINTIFF'S COMPLAINT** |

STIPULATED REQUEST TO EXTEND TIME FOR NATIONAL AUSTRALIA BANK TO RESPOND TO COMPLAINT

Pursuant to Local Civil Rule 144(a), and subject to the Court's approval, Plaintiff Mr. Thomas Kent ("Plaintiff") and Defendant National Australia Bank ("NAB") hereby stipulate and request as follows:

**WHEREAS**, the initial date for NAB to respond to Plaintiff's complaint was November 6, 2019;

**WHEREAS**, on October 30, 2019, Magistrate Judge Claire issued a Report and Recommendation, recommending that the matter be dismissed as to all Defendants, Dkt. No. 45;

**WHEREAS**, the Report and Recommendation did not expressly stay all other matters pending Judge England's ruling on the Report and Recommendation, *id.*;

**WHEREAS**, on November 5, 2019, NAB requested and Plaintiff agreed to, an automatic 28-day extension of time to respond to Plaintiff's complaint pursuant to Local Rule 144(a), making NAB's response due December 4, 2019, Dkt. No. 49;

**WHEREAS**, on November 26, 2019, NAB requested and Plaintiff agreed to an additional thirty-seven (37) day extension of time to respond to Plaintiff's complaint, making the response due January 10, 2020; Dkt. Nos. 54, 55.

**WHEREAS**, in light of the District Judge's forthcoming ruling on Magistrate Judge Claire's Report and Recommendation, which is likely to resolve the case in light of the fact that no parties objected, NAB and Plaintiff agree to an additional forty-five (45) day extension of time for NAB to respond to Plaintiff's complaint;

**NOW THEREFORE**, subject to the Court's approval, NAB and Plaintiff hereby stipulate and agree that the time within which NAB shall have to respond to Plaintiff's complaint shall be extended by forty-five (45) days to February 24, 2020.

**IT IS SO STIPULATED**.

STIPULATED REQUEST TO EXTEND TIME FOR NATIONAL AUSTRALIA BANK TO RESPOND TO COMPLAINT

DATED: January 7, 2020                         K&L GATES LLP

                                               By: _/s/ Jason N. Haycock_____
                                                     JASON N. HAYCOCK


                                               Attorneys for Defendant
                                               NATIONAL AUSTRALIA BANK


DATED: January 7, 2020


                                               By:_____
                                                     THOMAS KENT

                                               Plaintiff *pro se*



**PURSUANT TO STIPULATION, IT IS SO ORDERED** that:

National Australia Bank's response to Plaintiff's Complaint is due on February 24, 2020.




Dated: January 7, 2020                         _____
                                               ALLISON CLAIRE
                                               UNITED STATES MAGISTRATE JUDGE

STIPULATED REQUEST TO EXTEND TIME FOR NATIONAL AUSTRALIA BANK TO RESPOND TO
COMPLAINT