UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS KENT,<br><br>    Plaintiff,<br><br>    v.<br><br>CENTURY MANOR TRUST LTD, et al.,<br><br>    Defendants. | No. 2:19-cv-01277 MCE AC (PS)<br><br><br><br>ORDER |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On October 30, 2019, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 45. Neither party has filed objections to the findings and recommendations.

Although it appears from the file that plaintiff's copy of the findings and recommendations was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY

ORDERED that:

1. The findings and recommendations filed October 30, 2019, (ECF No. 45) are ADOPTED in full.

2. The motions to dismiss at ECF 6, 15(as construed herein), 22, 26, and 30 are GRANTED.

3. The complaint (ECF No. 1) is DISMISSED in its entirety for lack of jurisdiction, and the case is closed.

IT IS SO ORDERED.

Dated: February 11, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE